STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. LOUIS SPRUILL, DEFENDANT-PETITIONER.

See same case below: 28 *N. J. Super.* 381.

*Mr. George R. Sommer* for the petitioner.

*Mr. Grover C. Richman, Jr.*, and *Mr. Joseph A. Murphy* for the respondent.

April 5, 1954.    Granted.